IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| KENNEY A. STURGIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 106-206 |
| | ) |
| RICHMOND COUNTY SHERIFF'S | ) |
| OFFICE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, de novo review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request for the appointment of counsel is **DENIED**, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, and this civil action shall be **CLOSED**.

SO ORDERED this 15 day of March, 2007.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has also filed a communication with the Court, which the Court construes as a motion for a continuance to allow Plaintiff to file a state habeas corpus petition. (Doc. no. 9). Upon consideration, Plaintiff's motion is **DENIED**.